Joseph SCHNEIDER v. UNION DIME SAVINGS BANK. (Supreme Court, Appellate Division, First Department. February 11, 1916.) Application denied, with $10 costs. Order signed.

In the Matter of the application of Adrian O. SCHOONMAKER et al. for a peremptory writ of mandamus, etc. In re STARR STREET, etc. (Supreme Court, Appellate Division, Second Department. January 19, 1916.) Motion denied, without costs.

Lillian SCHUTRICK, respondent, v. Alexander DOUGLAS, appellant. (Supreme Court, Appellate Division, Second Department. February 11, 1916.) Judgment and order of the County Court of Westchester County affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Carr, Rich, and Putnam, JJ., concur.

In the matter of the application of Jeremiah A. SCRIVEN, for a peremptory writ of mandamus, applt., v. Joseph T. FOXELL, Treasurer of the City of Troy, respt. (Supreme Court, Appellate Division, Third Department. March 8, 1916.) Order unanimously affirmed, with $10 costs and disbursements.

Preston B. SEAMAN, appellant, v. The CITY OF NEW YORK, respondent. (Supreme Court, Appellate Division, Second Department. January 28, 1916.) Motion granted, upon condition that plaintiff pay $10 costs, place the case on the February calendar, and be ready for argument when reached; otherwise, motion denied, with $10 costs.

Morris SELIGMAN, as adm'r, Applt., v. Louis FREEHOFF, Respt. (Supreme Court, Appellate Division, First Department. February 18, 1916.) Judgment and order affirmed, with costs. No opinion. (Scott, J., dissenting.) Order filed

Harry SELIGMAN, an inft., Applt., v. Louis FREEHOFF, Respt. (Supreme Court, Appellate Division, First Department. February 18, 1916.) Judgment and order affirmed, with costs. No opinion. (Scott, J., dissenting.) Order filed.

In the Matter of SEVENTH AVE. & VARICK ST. (Supreme Court, Appellate Division, First Department. March 10, 1916.) Motion denied, on conditions stated in order. Order filed.

SEVENTY-EIGHTH ST. & BROADWAY CO., Applt., v. PURSELL MANUFACTURING CO., Respt. (Supreme Court, Appellate Division, First Department. March 3, 1916.) Determination (92 Misc. Rep. 178, 155 N. Y. Supp. 259) affirmed, with costs. No opinion. Order filed.

Fred SEYFORD, respondent, v. SOUTHERN PACIFIC COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. March 3, 1916.) Motion granted, and case set down for argument upon the original record on Tuesday April 4, 1916. It is unnecessary to print and file additional copies of the case.

Michael SHERIFF v. ÆTNA LIFE INS. CO. (Supreme Court, Appellate Division, First Department. March 10, 1916.) Application granted. Order signed.

SHUTTLEWORTH BROS. CO., respt., v. Raymond M. BOOTH et al., applts. (Supreme Court, Appellate Division, Third Department. March 8, 1916.) Judgment and orders unanimously affirmed, with costs.

Max A. SINGER, appellant, v. Emanuel SCHONBRUN and another, copartners, etc., respondents. (Supreme Court, Appellate Division, Second Department. March 3, 1916.) Application denied, with $10 costs.

Abraham H. SLATER, appellant, v. Sarah S. HOLZWORTH, individually and as executrix, etc., and others, respondents. (Supreme Court, Appellate Division, Second Department. March 10, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Carr, Rich, and Putnam, JJ., concur.

John W. SMITH, Respondent, v. Robert R. JUSTICE, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 22, 1916.) Appeal from Trial Term, Monroe County.

PER CURIAM. We are not satisfied that the verdict rendered by the jury is the result of a dispassionate consideration of the evidence. The learned trial judge himself was not satisfied with the verdict, since he reduced it by more than one-half. Ordinarily we would award a new trial absolutely in this and the companion case; but, if the plaintiff so desires, that may be avoided by his consent to a reduction of the verdict to the sum of $500. Judgment and order reversed and new trial granted, with costs to appellant to abide event, unless the plaintiff shall, within 20 days, stipulate to reduce the verdict to the sum of $500 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified, is, together with the order affirmed, without costs of this appeal to either party.

Lillian R. SMITH, respt., v. Robert R. JUSTICE, applt. (Supreme Court, Appellate Division, Fourth Department. January 22, 1916.) Appeal from Trial Term, Monroe County. Judgment and order reversed and new trial granted, with costs to appellant to abide event, unless the plaintiff shall, within 20 days, stipulate to reduce the verdict to the sum of $500 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party. See per curiam memorandum in case of John W. Smith v. Robert R. Justice, supra, decided herewith. All concur.